| | |
|---|---|
| Mark A. Chavez (Bar No. 90858)<br>Kathryn C. Palamountain (Bar No. 183246)<br>CHAVEZ & GERTLER LLP<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Telephone: (415) 381-5599<br>Facsimile: (415) 381-5572<br>mark@chavezgertler.com<br>chris@chavezgertler.com<br><br>Jonathan Shub (*Pro Hac Vice*)<br>Scott Alan George (*Pro Hac Vice*)<br>SHELLER, LUDWIG & BADEY<br>1528 Walnut Street<br>Third Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 790-7300<br>Facsimile: (215) 546-0942<br>jshub@sheller.com<br><br>David R. Buchanan (*Pro Hac Vice*)<br>SEEGER WEISS LLP<br>One William Street<br>New York, New York 10004<br>Telephone: (212) 584-0700<br>dbuchanan@seegerweiss.com | Jon Cuneo (*Pro Hac Vice*)<br>Steven N. Berk (*Pro Hac Vice*)<br>CUNEO, WALDMAN & GILBERT, LLC<br>317 Massachusetts Avenue, Suite 300<br>Washington, D.C. 20002<br>Telephone: (202) 789-3960<br>Facsimile: (202) 789-1813<br>stevenb@cuneolaw.com<br><br>Marc H. Edelson (*Pro Hac Vice*)<br>EDELSON & ASSOCIATES, LLC<br>45 West Court Street<br>Doylestown, PA 18901<br>Telephone: (215) 230-8043<br>Facsimile: (215) 230-8735<br>medelson@hofedlaw.com<br><br>ATTORNEYS FOR PLAINTIFF<br>DANIEL FEDER<br><br>Molly Moriarty Lane (Bar No. 149206)<br>David S. Harris (Bar No. 215224)<br>MORGAN LEWIS & BOCKIUS LLP<br>One Market<br>Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>mlane@morganlewis.com<br><br>ATTORNEYS FOR DEFENDANT<br>HEWLETT-PACKARD COMPANY |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| DANIEL FEDER, individually and on behalf of all those similarly situated,<br><br>          Plaintiff,<br><br>          vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>          Defendant. | Case No. C-05-02462 (WBD)<br><br>**STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE**<br><br>**CLASS ACTION** |

## STIPULATION

THIS STIPULATION is made and entered into by and between Defendant Hewlett-Packard Company ("HP") and Plaintiff Daniel Feder ("Plaintiff") (together referred to as "the Parties"), and their counsel of record in the above-entitled action.

1. Pursuant to 28 U.S.C. § 1404(a)-(b) and Local Rule 3-2(f), the Parties, through their undersigned counsel, hereby stipulate to transfer the above-entitled action from the Oakland Division to the San Jose Division of the United States District Court for the Northern District of California. The Stipulation is made for the convenience of the Parties and witnesses.

2. In support of the Stipulation, the Parties state and agree that:

   (a) venue is proper in the San Jose Division pursuant to 28 U.S.C. § 1391(a)(2) because the Plaintiff resides in the district;

   (b) venue is proper in the San Jose Division pursuant to Cal. Civ. Code § 1780(c) because HP is, and has been, doing business in Santa Clara County;

   (c) venue is proper in the San Jose Division pursuant to Local Rule 3-2 because the convenience of the Parties and witnesses will be served by transferring the action.

3. This Stipulation represents the entire understanding between the Parties concerning the subject matter hereof.

STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE

2

| | | |
|---|---|---|
| 1 | Dated: July 15, 2005 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By: *Molly Moriarty Lane* |
| 4 | | Molly Moriarty Lane (Bar No. 149206)<br>David S. Harris (Bar No. 215224)<br>Attorneys for Defendant |
| 5 | Dated: July ___, 2005 | CHAVEZ & GERTLER LLP |
| 6 | | |
| 7 | | |
| 8 | | By:_____<br>Mark A. Chavez (Bar No. 90858)<br>Attorneys for Plaintiff |
| 9 | | |
| 10 | Dated: July ___, 2005 | SHELLER, LUDWIG & BADEY |
| 11 | | |
| 12 | | By:_____<br>Jonathan Shub (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 13 | | |
| 14 | Dated: July ___, 2005 | SEEGER WEISS LLP |
| 15 | | |
| 16 | | By:_____<br>David R. Buchanan (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 17 | | |
| 18 | Dated: July ___, 2005 | CUNEO, WALDMAN & GILBERT, LLC |
| 19 | | |
| 20 | | By:_____<br>Steven N. Berk (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 21 | | |
| 22 | Dated: July ___, 2005 | EDELSON & ASSOCIATES, LLC |
| 23 | | |
| 24 | | By:_____<br>Marc H. Edelson (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED
ORDER TO TRANSFER VENUE                3

| | | |
|---|---|---|
| 1 | Dated: July ____, 2005 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Molly Moriarty Lane (Bar No. 149206)<br>David S. Harris (Bar No. 215224)<br>Attorneys for Defendant |
| 5 | | |
| 6 | Dated: July 22, 2005 | CHAVEZ & GERTLER LLP |
| 7 | | |
| 8 | | By: /s/ Mark A. Chavez<br>Mark A. Chavez (Bar No. 90858)<br>Attorneys for Plaintiff |
| 9 | | |
| 10 | Dated: July 22, 2005 | SHELLER, LUDWIG & BADEY |
| 11 | | |
| 12 | | By: /s/ Jonathan Shub<br>Jonathan Shub (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 13 | | |
| 14 | Dated: July 22, 2005 | SEEGER WEISS LLP |
| 15 | | |
| 16 | | By: /s/ David Buchanan<br>David R. Buchanan (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 17 | | |
| 18 | Dated: July 22, 2005 | CUNEO, WALDMAN & GILBERT, LLC |
| 19 | | |
| 20 | | By: /s/ Steven Berk<br>Steven N. Berk (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 21 | | |
| 22 | Dated: July 22, 2005 | EDELSON & ASSOCIATES, LLC |
| 23 | | |
| 24 | | By: /s/ Marc Edelson<br>Marc H. Edelson (*Pro Hac Vice*)<br>Attorneys for Plaintiff |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED
ORDER TO TRANSFER VENUE          3

1
2
## [PROPOSED] ORDER

3   IT IS SO ORDERED.

4
5   Dated: July 25, 2005                                    /s/ Wayne D. Brazil
                                                            Hon. Wayne D. Brazil
                                                            U.S. Magistrate Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND PROPOSED            4
ORDER TO TRANSFER VENUE

# PROOF OF SERVICE

I, Alice Caracciolo, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105. On July ___, 2005, I served the within document:

**STIPULATION AND PROPOSED ORDER TO TRANSFER VENUE**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

Mark A. Chavez (Bar No. 90858)
Kathryn C. Palamountain (Bar No. 183246)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
mark@chavezgertler.com
chris@chavezgertler.com

Jonathan Shub (*Pro Hac Vice*)
Scott Alan George (*Pro Hac Vice*)
SHELLER, LUDWIG & BADEY
1528 Walnut Street
Third Floor
Philadelphia, PA 19102
Telephone: (215) 790-7300
Facsimile: (215) 546-0942
jshub@sheller.com

David R. Buchanan (*Pro Hac Vice*)
SEEGER WEISS LLP
One William Street
New York, New York 10004
Telephone: (212) 584-0700
dbuchanan@seegerweiss.com

Jon Cuneo (*Pro Hac Vice*)
Steven N. Berk (*Pro Hac Vice*)
CUNEO, WALDMAN & GILBERT, LLC
317 Massachusetts Avenue, Suite 300
Washington, D.C. 20002
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
stevenb@cuneolaw.com

Marc H. Edelson (*Pro Hac Vice*)
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735
medelson@hofedlaw.com

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on July 25, 2005 at San Francisco, California.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

*Alice Caracciolo*
Alice Caracciolo

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2